[No. 3511-5-III. Division Three. February 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD BERNARD ANGLEMYER, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 78-187, Robert S. Day, J., entered

June 8, 1979. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.